OPERA ON TOUR, INC., Appellant, *v.* JOSEPH N. WEBER, as President of American Federation of Musicians, et al., Respondents.

Submitted November 17, 1941; decided November 27, 1941.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 285 N. Y. 348.)

SALVATORE MESSINA, Appellant, *v.* UNITED STATES GYPSUM COMPANY, Respondent.

Submitted November 17, 1941; decided November 27, 1941.

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 286 N. Y. 644.)

GOMAY REALTY CORPORATION et al., Appellants, *v.* MUNICIPAL MUTUAL CORPORATION et al., Respondents.

Submitted November 17, 1941; decided November 27, 1941.

*Jacob Chaitkin* for motion.

*Bernard Fein* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the order does not finally determine the action within the meaning of the Constitution.